CHERYL FIELD-LANG, Esq.
Nevada State Bar No. 2219
935 Jones Street
Reno, Nevada 89503
(775) 323-7896

Counsel for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MAX VANEETEN,<br><br>  Defendant. | Case No. 3:23-CR-00028-MMD-CLB<br><br>**ORDER APPROVING STIPULATION TO CONTINUE INITIAL APPEARANCE** |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between SIGAL CHATTAH, Acting United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States, and CHERYL FIELD-LANG, Esq., counsel for MAX VANEETEN, that the Initial Appearance on Revocation Proceedings currently set for November 6, 2025, at 3:00 p.m., be continued to November 12, 2025, at 3:00 p.m., as counsel for the Defendant is unavailable due to a calendar conflict.

DATED this 6th day of November, 2025.

/s/ *Randolph J. St. Clair*
RANDOLPH J. ST. CLAIR, AUSA
Counsel for Government

/s/ *Cheryl Field-Lang*
CHERYL FIELD-LANG, Esq.
Counsel for Defendant

IT IS SO ORDERED.

DATED: 11/6/2025

_____
U.S. MAGISTRATE JUDGE

Vaneeten\cont-IA.stp